# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Lori Barreras – Chair
William W. Patmon, III
Madhu Singh
J. Rita McNeil Danish
Charlie Winburn



Angela Phelps-White,
Executive Director

|  |  |
|---|---|
| **Jennifer Lamar** )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>**Amazon.com Services LLC** )<br>)<br>) | Charge No.<br>    TOLB1(49073)10312021<br>    22A-2022-00278C |

## NOTICE OF RIGHT TO SUE

    Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112.  The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter.  Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice.  The time period to file a civil action is tolled during the pendency of the Commission investigation.  You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed.  FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION**

*Inder F. LeVesque*
Inder F. LeVesque
Toledo Regional Director
640 Jackson St., Suite 936
Toledo, OH 43604
419-245-2900

Date mailed: September 1, 2022